IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STROM SMITH** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § **CIVIL ACTION NO. 1:06CV1197-LG-JMR** | |
| | § | |
| | § | |
| **ST. PAUL FIRE & MARINE** | § | |
| **INSURANCE COMPANY, INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [54] filed by Defendant St. Paul Fire & Marine Insurance Company, Inc., the Court, after a full review and consideration of Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant is entitled to judgment as a matter of law. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE